IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-2301-AP**

**In re: JESUS ARMANDO PEREZ**

**CHARLES F. MCVAY, United States Trustee,**

    Plaintiff/Appellee,

v.

**JESUS ARMANDO PEREZ,**

    Defendant/Appellant.

---

## ORDER

Kane, J.

This matter is before the Court on the Debtor-Defendant Jesus Armando Perez's Motion for Leave to Appeal (doc. #1), filed in this court on November 1, 2007. No answer in opposition having been filed, it is

**ORDERED** that the Motion is **GRANTED**.

Dated this 16th day of November, 2007.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court