IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02301-MSK

IN RE: JESUS ARMANDO PEREZ

    Debtor.

CHARLES F. MCVAY,
United States Trustee Region 19, Plaintiff,

    Appellee,

v.

JESUS ARMANDO PEREZ, Defendant,

    Appellant.
_____

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, record and briefs submitted,

**IT IS THEREFORE ORDERED** that an oral argument hearing will be held on **May 29, 2008,** at **8:30 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

DATED this 11th day of February, 2008.

                            BY THE COURT:

                            *Marcia S. Krieger*
                            _____
                            Marcia S. Krieger
                            United States District Judge